IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-153 |
| | ) | |
| CHARLOTTE MURRAY | ) | |

ORDER OF COURT

AND NOW, to wit, this 23rd day of Sept, 2010, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 09-153 as to defendant Charlotte Murray is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendant
United States Attorney
United States Marshals Service
Pretrial Services